Hoy | Chrissinger | Vallas
Theodore E. Chrissinger (NV Bar 9528)
50 W. Liberty St., Suite 840
Reno, Nevada 89501
775.786.8000 (voice)
775.786.7426 (fax)
tchrissinger@nevadalaw.com

Attorneys for: Spire Construction, LLC
and Philadelphia Indemnity Ins. Co.

# United States District Court

## District of Nevada

| | |
|---|---|
| Alpha Omega Mechanical, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>Spire Construction, LLC, a foreign limited liability company; Philadelphia Indemnity Insurance Company, a surety corporation,<br><br>    Defendants. | Case No.: 3:21-cv-392<br><br>**Stipulation for Dismissal (with prejudice)** |

Pursuant to FRCP 41(a)(1)(ii), the parties hereto hereby stipulate to dismissal of all claims and causes of action, with prejudice. The parties will bear their own fees and costs incurred.

///

///

///

- 1 -

September 29, 2021

| Hoy | Chrissinger | Vallas | Hutchison & Steffen, PLLC |
|---|---|
| *signature* | *signature* |
| Theodore E. Chrissinger (NV Bar 9528)<br>50 W. Liberty St., Suite 840<br>Reno, Nevada 89501<br>775.786.8000 (voice)<br>775.786.7426 (fax)<br>tchrissinger@nevadalaw.com | Alex R. Velto (NV Bar 14961)<br>500 Damonte Ranch Pkwy Ste 980<br>Reno, Nevada 89521<br>(775) 853-8746<br>(775) 201-9611<br>avelto@hutchlegal.com |
| Attorneys for: Spire Construction, LLC and Philadelphia Indemnity Ins. Co. | Attorneys for: Alpha Omega Mechanical, LLC |

Good cause appearing, the stipulation to dismiss with prejudice is granted.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of October 2021.

*signature*

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE